May 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

839 E. 19TH STREET, L.P., Appellant

NO. 14-11-00349-CV                    V.

SCOTT FRIEDSON D/B/A NATIONAL INCOME PROPERTY, L.L.C., Appellee
_____

     This cause, an appeal from the judgment in favor of appellee, Scott Friedson d/b/a National Income Property, L.L.C., signed January 19, 2011, was heard on the transcript of the record. We have inspected the record and find the evidence is legally insufficient to support the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellee, Scott Friedson d/b/a National Income Property, L.L.C., take nothing on his claims against appellant, 839th E. 19th Street, L.P.

     We order appellee, Scott Friedson d/b/a National Income Property, L.L.C., to pay all costs incurred in this appeal. We further order this decision certified below for observance.